AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Communities Against Runway Expansion, Inc.

v.

Federal Aviation Administration

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10846 GAO**

TO: (Name and address of Defendant)

Federal Aviation Administration
c/o John D. Ashcroft
Attorney General
Department of Justice
Washington, D.C. 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Koff, Esq.
Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __thirty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___ANASTAS___                              4-28-04
CLERK                                       DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 27, 2004 |
| NAME OF SERVER (PRINT) Peter L. Koff | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested, upon Attorney General John D. Ashcroft, Department of Justice, Washington, D.C. 20530-0001. (Return receipt # 7000 1670 0010 8591 8784) is attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $4.65 postage | TOTAL $4.65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 18, 2004
  Date

Signature of Server

Engel & Schultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.