UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | Civil Action No.: 04-10846-GAO |

**PARTIES' JOINT STATEMENT IN ACCORDANCE WITH LOCAL RULE 16.1(D)
OF THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MASSACHUSETTS</u>**

Plaintiff and Defendant hereby submit the following joint statement regarding pre-trial scheduling.

This case seeks the disclosure of documents by the Defendant, Federal Aviation Administration ("FAA"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a). Under FOIA a preliminary step to addressing the issues of disclosure is the preparation by the Defendant of an index of the documents at issue called a "Vaughn Index" <u>Vaughn v. Rosen</u>, 482 F.2d 820 (D.C. Cir. 1973). The FAA has prepared a Vaughn Index in this case and has provided that index to Plaintiff's counsel.

The Parties are currently conferring on the many documents described in the Vaughn Index in an effort to resolve this case without further litigation. To that end the Parties would like to continue to confer on the Vaughn Index and respectfully request that the Court continue the scheduling conference until the week of December 6, 2004. Prior to December 6, 2004, the Parties would propose to report that the case has been resolved or is likely to be resolved, or

present the Court with a joint discovery plan.

This request is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the Parties respectfully request that the Court continue the scheduling conference until the week of December 6, 2004, or to another date in December, 2004, that is convenient for the Court.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., | FEDERAL AVIATION ADMINISTRATION |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Peter L. Koff<br>Peter L. Koff<br>Engel & Schultz, P.C.<br>125 High Street, Suite 2601<br>Boston, MA 02110<br>617-951-9980 (Voice)<br>617-951-0048 (Fax)<br>pkoff@earthlink.net | By: /s/ Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |
| | **Of Counsel:**<br>Sheila A. Skojec<br>Senior Attorney<br>Litigation Division<br>Federal Aviation Administration<br>600 Independence Ave., S.W.<br>2nd Floor, AGC-430<br>Washington, DC 20591<br>202-385-8228 (Voice)<br>202-493-5142 (Fax)<br>sheila.skojec@faa.gov |
| DATED: October 26, 2004 | DATED: October 26, 2004 |

**CERTIFICATE OF SERVICE**

Suffolk, ss.  Boston, Massachusetts
DATE: October 26, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record electronically and by First Class Mail.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

**PLAINTIFF  COUNSEL:**
Peter J. Koff
Engle & Shultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
617-951-9980 (Voice)
617-951-0048 (Fax)
pkoff@earthlink.net

**AGENCY COUNSEL**:
Sheila Skojec
Senior Attorney
Litigation Division
Federal Aviation Administration
600 Independence Ave., S.W.
2nd Floor, AGC-430
Washington, DC  20591
202-385-8228 (Voice)
202-493-5142 (Fax)
sheila.skojec@faa.gov