UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civil Action No.: 04-10846-GAO |

PARTIES' SUPPLEMENTAL JOINT STATEMENT
IN ACCORDANCE WITH LOCAL RULE 16.1(D)
OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Plaintiff and Defendant hereby submit the following supplemental joint statement to the joint statement filed on October 26, 2004, regarding pre-trial scheduling.

**1.     Automatic Disclosure Pursuant to Local Rule 26.2(A)**

This case seeks the disclosure of documents by the Defendant, Federal Aviation Administration ("FAA"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a). Under FOIA a preliminary step to addressing the issues of disclosure is the preparation by the Defendant of an index of the documents at issue called a "Vaughn Index" Vaughn v. Rosen, 482 F.2d 820 (D.C. Cir. 1973). The FAA has prepared a Vaughn Index in this case and has provided that index to Plaintiff's counsel.

**2.     Joint Discovery Plan**

This case seeks the disclosure of documents under FOIA and is not expected to require traditional discovery. The case is likely to involve motion practice and may eventually be

disposed of on Summary Judgment. Therefore, the parties believe that discovery is not necessary at this time. Each party reserves the right to file a motion with the Court to request discovery if they believe discovery is warranted.

3.  **Procedural and Motion Schedule**

| | |
|---|---|
| November 5, 2004 | Plaintiff provides to Defendant questions and comments on specific documents listed as withheld in Defendant's Vaughn Index. |
| November 19, 2004 | Defendant provides to Plaintiff copies of all documents listed on Vaughn Index as non-privileged and subject to release. |
| December 10, 2004 | Defendant provides response to Plaintiff's questions and comments on withheld documents. |

On or before:

| | |
|---|---|
| March 18, 2005 | Plaintiff's Motion for Discovery filed. |
| April 15, 2005 | Defendants' Opposition and Reply filed. |
| | Oral argument and/or hearings at the Court's discretion. |

On or before:

| | |
|---|---|
| June 10, 2005 | Plaintiff's and Defendant's Cross-Motions for Summary Judgment filed. |
| July 18, 2005 | Plaintiff's and Defendant's Oppositions and Replies filed. |
| | Oral argument and/or hearings at the Court's discretion. |

4.  **Certification of Budget and ADR Conference**

    **Plaintiff**

Plaintiffs' counsel certifies that he has conferred with the plaintiff: (1) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Defendant**

Defendants' counsel certifies that he has conferred with an authorized representative of the defendant: (1) with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The certification of all parties and their respective counsels are in the process of being obtained.

5.   **Settlement Proposals**

The parties are in the ongoing process of attempting to resolve this action without further litigation.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., | FEDERAL AVIATION ADMINISTRATION |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Peter L. Koff<br>Peter L. Koff<br>Engel & Schultz, P.C.<br>125 High Street, Suite 2601<br>Boston, MA 02110<br>617-951-9980 (Voice)<br>617-951-0048 (Fax)<br>pkoff@earthlink.net | By:  /s/ Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |
| | **Of Counsel:**<br>Sheila A. Skojec<br>Senior Attorney<br>Litigation Division<br>Federal Aviation Administration<br>600 Independence Ave., S.W.<br>2nd Floor, AGC-430<br>Washington, DC 20591<br>202-385-8228 (Voice)<br>202-493-5142 (Fax)<br>sheila.skojec@faa.gov |
| DATED: October 27, 2004 | DATED: October 27, 2004 |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                          Boston, Massachusetts
                                                                                                      DATE: October 27, 2004

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record electronically and by First Class Mail.

                                                                                 /s/ Anton P. Giedt
                                                                                Anton P. Giedt
                                                                                Assistant U.S. Attorney

| **PLAINTIFF COUNSEL:** | **AGENCY COUNSEL**: |
|---|---|
| Peter J. Koff | Sheila Skojec |
| Engle & Shultz, P.C. | Senior Attorney |
| 125 High Street, Suite 2601 | Litigation Division |
| Boston, MA 02110 | Federal Aviation Administration |
| 617-951-9980 (Voice) | 600 Independence Ave., S.W. |
| 617-951-0048 (Fax) | 2nd Floor, AGC-430 |
| pkoff@earthlink.net | Washington, DC  20591 |
| | 202-385-8228 (Voice) |
| | 202-493-5142 (Fax) |
| | sheila.skojec@faa.gov |