UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civil Action No.:  04-10846-GAO |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

Dispositive motions in this action are due on June 10, 2005. Plaintiff and Defendant hereby move for an extension of time to file dispositive motions until August 10, 2005. Good cause exists for this motion. Since the scheduling conference in this action was held on October 27, 2004, the Parties have been actively engaged in the review and discussion of some 93 documents that were responsive to Plaintiff's initial FOIA request. The Parties have resolved issues with respect to the majority of the documents and are in active settlement negotiations and very close to resolving all document issues without further litigation. The additional time will allow the parties to continue their discussions and hopefully bring this FOIA dispute to a closure with a stipulation of dismissal.

This request is made in good faith and is not made to delay the action, or for any other

improper purpose.  Therefore, the Parties respectfully request that the Court extend the dispositive motion due date until August 10, 2005.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., | FEDERAL AVIATION ADMINISTRATION |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Peter L. Koff  (By: APG)<br>Peter L. Koff, Esq.<br>130 Catboat Rd.<br>Wellfleet, MA 02667<br>508-349-1130 (Voice)<br>508-349-1126 (Fax)<br>pkoff@comcast.net | By: /s/ Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |
| | **Of Counsel:**<br>Sheila A. Skojec<br>Senior Attorney<br>Litigation Division<br>Federal Aviation Administration<br>600 Independence Ave., S.W.<br>2nd Floor, AGC-430<br>Washington, DC  20591<br>202-385-8228 (Voice)<br>202-493-5142 (Fax)<br>sheila.skojec@faa.gov |
| DATED: June 10, 2005 | DATED: June 10, 2005 |

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                       Boston, Massachusetts
                                                                                                         DATE: June 10, 2005

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record by electronic filing and by First Class Mail.

                                                                                        /s/ Anton P. Giedt
                                                                                        Anton P. Giedt
                                                                                        Assistant U.S. Attorney

---

| PLAINTIFF COUNSEL: | AGENCY COUNSEL: |
|---|---|
| Peter J. Koff | Sheila Skojec |
| Engle & Shultz, P.C. | Senior Attorney |
| 125 High Street, Suite 2601 | Litigation Division |
| Boston, MA 02110 | Federal Aviation Administration |
| 617-951-9980 (Voice) | 600 Independence Ave., S.W. |
| 617-951-0048 (Fax) | 2nd Floor, AGC-430 |
| pkoff@earthlink.net | Washington, DC 20591 |
| | 202-385-8228 (Voice) |
| | 202-493-5142 (Fax) |
| | sheila.skojec@faa.gov |