UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civil Action No.: 04-10846-GAO |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

Dispositive motions in this action were due on June 10, 2005. Plaintiff and Defendant moved jointly on June 10, 2005, for an extension of time to file dispositive motions until August 10, 2005. The grounds for the previous extension request were that the Parties had resolved issues with respect to the majority of the documents and were in active settlement negotiations and very close to resolving all document issues without further litigation.

The Parties now seek a further extension until September 16, 2005, to file dispositive motions. Good cause exists for this motion. The Parties have resolved the remaining issues regarding the documents in this action and are in the process of working out the details of a settlement agreement and obtaining the requisite approvals. The additional time will allow the parties to complete the settlement process and bring this FOIA dispute to a closure with a stipulation of dismissal.

N:\AGiedt\a-doj\a-cases\care2\jnt-extnsn-rqst-8-12-05-f.wpd

      This request is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the Parties respectfully request that the Court extend the dispositive motion due date until September 16, 2005.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., | FEDERAL AVIATION ADMINISTRATION<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Peter L. Koff (By: APG)<br>Peter L. Koff, Esq.<br>130 Catboat Rd.<br>Wellfleet, MA 02667<br>508-349-1130 (Voice)<br>508-349-1126 (Fax)<br>pkoff@comcast.net | By: /s/ Anton P. Giedt<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |
| | **Of Counsel:**<br>Sheila A. Skojec<br>Senior Attorney<br>Litigation Division<br>Federal Aviation Administration<br>600 Independence Ave., S.W.<br>2nd Floor, AGC-430<br>Washington, DC 20591<br>202-385-8228 (Voice)<br>202-493-5142 (Fax)<br>sheila.skojec@faa.gov |
| DATED: August 12, 2005 | DATED: August 12, 2005 |

N:\AGiedt\a-doj\a-cases\care2\jnt-extnsn-rqst-8-12-05-f.wpd    2

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                      Boston, Massachusetts
DATE: August 12, 2005

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record by electronic filing and by First Class Mail.

                                                                           /s/ Anton P. Giedt
                                                                            Anton P. Giedt
                                                                     Assistant U.S. Attorney

| **PLAINTIFF  COUNSEL:** | **AGENCY COUNSEL**: |
|---|---|
| Peter J. Koff | Sheila Skojec |
| Engle & Shultz, P.C. | Senior Attorney |
| 125 High Street, Suite 2601 | Litigation Division |
| Boston, MA 02110 | Federal Aviation Administration |
| 617-951-9980 (Voice) | 600 Independence Ave., S.W. |
| 617-951-0048 (Fax) | 2nd Floor, AGC-430 |
| pkoff@earthlink.net | Washington, DC  20591 |
| | 202-385-8228 (Voice) |
| | 202-493-5142 (Fax) |
| | sheila.skojec@faa.gov |