**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMUNITIES AGAINST RUNWAY EXPANSION, INC., | |
| Plaintiff, | |
| v. | **Civil Action No.: 04-10846-GAO** |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ .P. 41(a)(1)(ii), COMMUNITIES AGAINST RUNWAY EXPANSION, INC. ("CARE"), Plaintiffs herein, voluntarily dismiss with prejudice the above captioned action as to the FEDERAL AVIATION ADMINISTRATION, the Defendant, with each party to bear its own costs of the litigation.

The parties further stipulate that any claims of CARE for attorneys' fees under the Freedom of Information Act 5 U.S.C. § 552(a)(4)(E), or other attorneys' fees recovery statute, are fully and finally resolved pursuant to a settlement agreement entered into by the Parties.

Respectfully submitted,

For the Plaintiff,

COMMUNITIES AGAINST
RUNWAY EXPANSION, INC.,


Peter L. Koff, Esq.
130 Catboat Rd.
Wellfleet, MA 02667
508-349-1130 (Voice)
508-349-1126 (Fax)
pkoff@comcast.net


DATED: October  11 , 2005

For the Defendant,

FEDERAL AVIATION ADMINISTRATION

MICHAEL J. SULLIVAN
United States Attorney

By:
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3971 (Fax)
anton.giedt@usdoj.gov


DATED:  October 13 , 2005

**CERTIFICATE OF SERVICE**

Suffolk, ss.

Boston, Massachusetts
DATE: October *13* , 2005

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff 's counsel of record by electronic filing and by First Class Mail.

Anton P. Giedt
Assistant U.S. Attorney

**PLAINTIFF  COUNSEL:**
Peter J. Koff
Engle & Shultz, P.C.
125 High Street, Suite 2601
Boston, MA 02110
617-951-9980 (Voice)
617-951-0048 (Fax)
pkoff@earthlink.net

**AGENCY COUNSEL:**
Sheila Skojec
Senior Attorney
Litigation Division
Federal Aviation Administration
600 Independence Ave., S.W.
2nd Floor, AGC-430
Washington, DC  20591
202-385-8228 (Voice)
202-493-5142 (Fax)
sheila.skojec@faa.gov

2